## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. O'CONNELL, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV00795 ERW |
| ) | |
| MERTENS PLUMBING AND ) | |
| MECHANICAL, INC., et al., ) | |
| ) | |
| Defendant(s). ) | |

### **ORDER**

Upon review of the Court file, the Court notes that there has been no activity from Defendants Mertens Plumbing and Mechanical, Inc.; Louis Mertens; and General Site Services, LLC; since the return of service upon said Defendants on March 31, 2006.

**IT IS HEREBY ORDERED** that Plaintiff shall, no later than **July 20, 2006**, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Dated this 7th day of July 2006.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE